UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,       CASE NO. 15-CR-20126-001

vs.          HON. ARTHUR J. TARNOW

FADI HASSAN HAMMOUD,

   Defendant.
_____/

**EXHIBITS TO
DEFENDANT, FADI HASSAN HAMMOUD'S,
SENTENCING MEMORANDUM**

 A. Letter from CPA, Carl Masi
 B. Letter from Hassan F. Hammoud
 C. Letter from Maya Makhzoum
 D. Letter from Fadia Moussa
 E. Letter from Ibrahim Tanana
 F. Letter from Robert Ankeny